M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 OCT 30 A 9: 43

_Tony Dewayne Moore_

_Coosa County Jail_

Full name and prison name of
Plaintiff(s)

v.

_Mike Mull_
_Terry Wilson_
_Commissioner's Office_
_ms. Coward_
_Judge Teel_

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)
)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. _2:07-CV-974-WKW_
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?  YES ☐  No ☒

B.    Have you begun other lawsuits in state or federal court relating to your
imprisonment?        YES ☐        NO ☒

C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

    _____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _____

Coosa County Jail    Rockford, AL

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

County Jail    Rockford, AL

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|     | NAME | ADDRESS |
| --- | --- | --- |
| 1. | Mike Mull | Coosa County Jail |
| 2. | Terry Wilson | Coosa County Jail |
| 3. | Commissioner's office | Coosa County |
| 4. | Ms. Coward | Coosa County Jail |
| 5. | Judge Carlton Teel | Coosa County Dist. T.D.M. |
| 6. |  |  |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

10-10-07,   10-12-07

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:    Warts on Penis

Dr. John James M.D. has on file

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Dr. James, John has on file.    10-22-07

Pretending nothing is wrong, dont want to get medical attention. Say they'll send me to Dr. Weaver and he denies the needed assistance *same with hernia repair*

GROUND TWO: Hernia Repair + infection 10-27-07

SUPPORTING FACTS: Stat Statement from Doctor John James and (Emergency Room) doctor's *(10-18-07)* Both are for needed surgery. Doesn't want to seek attention (medical) for this. Steady giving medication which is causing more pain because its causing to bleed *internally.*

GROUND THREE: Terry Wilson selling stamps for 48¢

SUPPORTING FACTS: Copy of Store list states less. If they are to sell at 48¢ they need to list it as the going price. This has been ongoing since time of incarceration and he takes nothing less, although store list ~~says~~ *but* states differently.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Surgery on Hernia , warts on
Penis
25 million for pain and suffering.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 26, 2007_ .
                 (Date)

_____
Signature of plaintiff(s)



BIRMINGHAM AL 350

29 OCT 2007

USA 41

Tony Moore
Misty Moore
280 Co. Rd 30
Kellyton, AL 35089

United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711