IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE _____, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:07-CV-974-MHT |
| MIKE MULL, et al. _____, | ) ) ) |
| Defendants, | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Sheriff Terry Wilson_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                      Relationship to Party

_____                _____

_____                _____

_____                _____


12/13/2007                             _____
Date                                   (Signature)

                                       Gary L. Willford, Jr.
                                       (Counsel's Name)
                                       Coosa County Commission, Terry Wilson, Mike Mull,
                                       and Ashley Cowart
                                       Counsel for (print names of all parties)
                                       P. O. Box 240909
                                       Montgomery, AL 36124
                                       Address, City, State Zip Code
                                       (334) 262-1850
                                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Gary L. Willford, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th_____ day of December_____ 20 07, to:

Tony Dewayne Moore

Coosa County Jail

P. O. Box 279

Rockford, AL  35136

12/13/2007
Date

Signature