**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 14, 2007

## NOTICE OF NON-COMPLIANCE

To:   ALL COUNSEL OF RECORD

Case Style:   Moore v. Mull et al

Case Number:   2:07cv00974-MHT

Referenced Pleading:   Corporate/Conflict Disclosure Statements

Docket Entry Number:   17, 18, 19 and 20

**The referenced pleadings were electronically filed on \*\*\*December 13, 2007\*\*\* in this case in error. These pleadings should have been filed in the Lead Case: 2:07cv964-MHT.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.**